UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cr-00079-1

**United States of America**

v.

**Carl Johnson**

# ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on January 30, 2024, and issued a report and recommendation as to the disposition of this matter. Doc. 14. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Docs. 13, 14.

The court hereby accepts the report and recommendation of the United States Magistrate Judge. Defendant's supervised release is revoked and the court orders that defendant Carl Johnson be sentenced to imprisonment for a term of 8 months with no further supervised release.

*So ordered by the court on February 1, 2024.*

J. CAMPBELL BARKER
United States District Judge